IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TARA PARKER | : | |
| | : | CASE NO: 5:24-BK-02235-MJC |
| Debtor | : | |

## ORDER

Upon consideration of Debtor's Motion to Voluntarily Dismiss her Chapter 13 Case pursuant to 11 U.S.C. §1307(b), Dkt. # 25 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case be and is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 13, 2024